ment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Joseph E. QUINN, respt., v. The FOUNDATION COMPANY, applt. (Supreme Court Appellate Division, Third Department. May 11, 1916.) Motion denied.

Morris RABINOWITZ, Respt., v. Augustus D. JUILLARD et al., Applt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $3,000, in which event, judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Charles H. RACE, respt., v. Ellis A. GRIFFITH, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Frank RAVOLD, respondent, v. Louise J. HAMM, as administratrix, etc., of Henry Hamm, deceased, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Morris RAWITZ, as administrator, etc., plaintiff, v. BROOKLYN MILK COMPANY, Inc., defendant. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Motion denied, without costs.

REALTY ASSOCIATES, a Corporation, respondent, v. Thomas LONDRIGAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Mills, and Putnam, JJ., concur.

Kate REILLY, as administratrix, etc., of James Reilly, deceased, appellant, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY and Jobson Gifford Company, respondents. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgments and order unanimously affirmed, with costs. No opinion.

John B. REIMER, appellant, v. PASQUALE CARUPELLA, respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order of the County Court of Queens County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Bernard P. REYNOLDS, appellant, v. Felice GERARDI, respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order of the County Court of Westchester County affirmed, with $10 costs and dis-

bursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

RICHARDS & CO., Inc., Respt., v. Leo WRESCHNER et al., Applts. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Judgment affirmed, with costs, on opinion of Weeks, J. (156 N. Y. Supp. 1054). Order filed.

RICHMOND ASSETS COLLECTING CO., Applt., v. Maurice M. STERNBERGER, Respt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Edward W. RIDER, respondent, v. Saverio GALLO et al., defendants, and Caterina Gallo, appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Rich, and Putnam, JJ., concur. Carr, J., not voting.

Paul C. RIDER, an infant, by Chester G. Rider, his guardian ad litem, respt. v. WAVERLY, SAYRE & ATHENS TRACTION COMPANY, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment and order unanimously affirmed, with costs.

RIVIERA REALTY CO., Respt., v. ILLINOIS SURETY CO., Applt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

ROCHESTER PHOTO WORKS, Inc., respt., v. BAUSCH & LOMB OPTICAL CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) The appeal from the order entered June 15, 1915, is dismissed, with $10 costs and disbursements, upon the ground that the defendant having availed itself of the order and proceeded with the examination has waived the right to appeal. The order entered January 10, 1916, is affirmed, with $10 costs and disbursements, without prejudice to a motion by defendant for a further modification of the order for the examination if so advised. Held, that on the testimony given before the referee we cannot say that the Special Term erred in construing the order for examination as modified. All concur.

Henry ROEHRIG, as admr., etc., applt., v. Charles M. GRAMPP, respt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Respondent precluded from being heard on argument unless respondent file and serve printed briefs by March 9th.

Henry ROEHRIG, as admr., etc., applt., v. Charles M. GRAMPP, respt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment and order affirmed, with costs. All concur.